## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kenneth Daniels
         Plaintiff,

v.               Case No.: 1:17−cv−06670
                Honorable Harry D. Leinenweber

West Liberty Foods, L.L.C.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2019:

  MINUTE entry before the Honorable Harry D. Leinenweber: A STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure having been filed, this case is dismissed with prejudice and the putative class claims are dismissed without prejudice, each party to bear its own attorneys' fees and costs. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.